

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2016

No. 04-16-00739-CV

Kara **LERMA**,
Appellant

v.

**PIPE MOVERS, INC**.,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 16-09-56471-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

After reviewing appellant's docketing statement, it appears no reporter's record was taken or requested. Accordingly, no reporter's record is due in this court. We therefore **DENY AS MOOT** the court reporter's notification of late record.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court